■ PAULINE CALLAHAN, Appellant, v. SYRACUSE TRANSIT CORPORATION et al., Defendants, and S. J. GROVES & SONS COMPANY et al., Respondents.— Same decision and like cause of action as in companion case of *Callahan* v. *Syracuse Tr. Corp.* (16 A D 2d 746).

■ MICHAEL F. MARRON, Appellant, v. WILLIAM F. FITZPATRICK, Respondent.— Judgment unanimously reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: There were issues of fact which should have been submitted to the jury for determination. (Appeal from judgment of Onondaga Trial Term dismissing the complaint on motion made at close of plaintiff's case and renewed at close of all of the evidence, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ HARRY G. OLSON, Appellant, v. RAMONA M. OLSON, Respondent.— Amended decree and judgment insofar as appealed from unanimously affirmed, with costs. (Appeal from certain parts of an amended decree and judgment of Monroe Equity Term awarding alimony, both temporary and permanent, and counsel fees to the defendant.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ JACQUELINE S. DAKE, Respondent, v. ARTHUR BRASKY, Appellant.— Order unanimously affirmed, with $50 costs and disbursements. (Appeal from order of Cattaraugus Children's Court adjudging defendant to be the father of the child and directing defendant to pay for the child's support.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ HARVEY S. ROHLOFF et al., Respondents, v. STANLEY S. LOMBARDO et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Erie Special Term requiring specific performance of a contract to sell real estate or for assessment of damages.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATSY J. BONSIGNORE, Appellant, v. ALBERT W. SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously reversed on the law and in the exercise of discretion and writ sustained unless the bail is reduced to an amount not to exceed $75,000, in which event the order is affirmed and the writ dismissed. Memorandum: The action of the County Judge in fixing the bail at $100,000 was an improvident exercise of discretion in that the amount was excessive. (Appeal from order of Monroe Special Term dismissing a writ of habeas corpus.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. (Decision and order entered April 10, 1962.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB MANDWELLE, Appellant, v. ALBERT W. SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously reversed on the law and in the exercise of discretion and writ sustained unless the bail is reduced to an amount not to exceed $50,000, in which event the order is affirmed and the writ dismissed. Memorandum: The action of the County Judge in fixing the bail at $75,000 was an improvident exercise of discretion in that the amount was excessive. (Appeal from order of Monroe Special Term dismissing a writ of habeas corpus.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. (Decision and order entered April 10, 1962.)

■ JOSEPH BARBATO, Respondent, v. IDA TUOSTO, as Administratrix of the Estate of CRESCENZO TUOSTO, Deceased, Appellant, and GABRIELE CANZANO, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before May 1, 1962.